# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re:<br>JOHN W BROWN<br>STEPHANIE A BROWN<br>Debtor(s) | Case No. 15-39532 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/19/2015.

2) The plan was confirmed on  NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was converted on 01/14/2016.

6) Number of months from filing to last payment: 1.

7) Number of months case was pending: 3.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $300.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $300.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $240.90 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $14.10 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $255.00

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACL INC | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 333.50 | NA | NA | 0.00 | 0.00 |
| AMBULATORY ANESTHES OF CHICA | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| American Financial Cre | Unsecured | 188.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 475.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | 96.00 | 96.62 | 96.62 | 0.00 | 0.00 |
| BANKCARD SERVICES | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Fiannce | Unsecured | 2,828.00 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Fiannce | Secured | 23,310.00 | 25,474.70 | 25,474.70 | 0.00 | 0.00 |
| Capital One Auto Finan | Secured | 9,200.00 | NA | 9,200.00 | 45.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 661.00 | 661.64 | 661.64 | 0.00 | 0.00 |
| CBE GROUP | Unsecured | 246.00 | NA | NA | 0.00 | 0.00 |
| CCS/FIRST NATIONAL BANK | Unsecured | 351.00 | NA | NA | 0.00 | 0.00 |
| CHASE RECEIVABLES | Unsecured | 56.10 | NA | NA | 0.00 | 0.00 |
| CHASE RECEIVABLES | Unsecured | 1,170.00 | NA | NA | 0.00 | 0.00 |
| CITGO/CBNA | Unsecured | 16.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 2,500.00 | 2,223.96 | 2,223.96 | 0.00 | 0.00 |
| CONSULTANTS IN CLINICAL PATHO | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| CONTRACT CALLERS | Unsecured | 182.00 | NA | NA | 0.00 | 0.00 |
| CVS CAREMARK | Unsecured | 57.44 | NA | NA | 0.00 | 0.00 |
| ENDODONTIC & PERIODONTIC ASSC | Unsecured | 372.10 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO L | Unsecured | 330.89 | NA | NA | 0.00 | 0.00 |
| Equiant Financial Svcs | Secured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Equiant Financial Svcs | Unsecured | 1,605.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICES | Unsecured | 5,093.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREIMER BANK | Unsecured | 862.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREIMER BANK | Unsecured | 539.00 | NA | NA | 0.00 | 0.00 |
| FRANCISCAN ALLIANCE | Unsecured | 51.62 | NA | NA | 0.00 | 0.00 |
| FRANCISCAN ALLIANCE INC | Unsecured | 226.90 | NA | NA | 0.00 | 0.00 |
| Franciscan Expresscare | Unsecured | 41.30 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

Case 15-39532   Doc 35   Filed 02/05/16   Entered 02/05/16 10:22:31   Desc Main
Document   Page 3 of 4

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| GENESIS FINANCIAL & PYMT SYS | Unsecured | 1,000.00 | 1,848.64 | 1,848.64 | 0.00 | 0.00 |
| IL STATE DISBURSEMENT UNIT | Priority | 800.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPTIAL | Unsecured | 861.52 | NA | NA | 0.00 | 0.00 |
| KEYNOTE CONSULTING | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| LINEBARGER GOGGAN BLAIR & SAM | Unsecured | 976.00 | NA | NA | 0.00 | 0.00 |
| LITTLE COMPANY OF MARY HOSP | Unsecured | 1,171.50 | NA | NA | 0.00 | 0.00 |
| LOU HARRIS & CO | Unsecured | 245.01 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 1,027.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 775.37 | NA | NA | 0.00 | 0.00 |
| MIRAMEDRG | Unsecured | 115.04 | NA | NA | 0.00 | 0.00 |
| OAKLAWN RADIOLOGY IMAGING | Unsecured | 98.20 | NA | NA | 0.00 | 0.00 |
| ORCHARD BANK | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Professional Clinical Laboratories | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| RADA COLAKOVIC | Unsecured | 4,571.00 | NA | NA | 0.00 | 0.00 |
| SARAH BUSH LINCOLN HEALTH SYS | Unsecured | 475.00 | NA | NA | 0.00 | 0.00 |
| SFZ CORPORATION | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| SOUTH DIVISION C U | Unsecured | 3,891.00 | 7,768.94 | 7,768.94 | 0.00 | 0.00 |
| SOUTH DIVISION C U | Unsecured | 2,328.00 | NA | NA | 0.00 | 0.00 |
| SOUTH DIVISION C U | Unsecured | 1,669.00 | NA | NA | 0.00 | 0.00 |
| SPECIALTY PHYSCIANS OF IL | Unsecured | 68.10 | NA | NA | 0.00 | 0.00 |
| SPECIALTY PHYSCIANS OF IL | Unsecured | 906.86 | NA | NA | 0.00 | 0.00 |
| ST JAMES HOSP | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| ST JAMES HOSPITAL & HEALTH | Unsecured | 661.94 | NA | NA | 0.00 | 0.00 |
| ST JAMES HOSPITAL & HEALTH | Unsecured | 465.46 | NA | NA | 0.00 | 0.00 |
| THOMAS JOHN VISION INSTITUTE | Unsecured | 475.20 | NA | NA | 0.00 | 0.00 |
| TRUSTMARK RECOVERY SVC | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| TRUSTMARK RECOVERY SVC | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $9,200.00 | $45.00 | $0.00 |
| All Other Secured | $25,474.70 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$34,674.70** | **$45.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$12,599.80** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $255.00 |
| Disbursements to Creditors | $45.00 |
| **TOTAL DISBURSEMENTS:** | **$300.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 02/05/2016         By: /s/ Tom Vaughn
                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**